**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Horizon Home Loans, a division of First Tennessee Bank National Association,<br><br>    Plaintiff,<br><br>vs.<br><br>Ghulam Doost,<br><br>    Defendant. | No. CV09-1906 PHX DGC<br><br>**ORDER** |

On November 9, 2009, the Court granted Plaintiff First Horizon's request for reasonable costs and attorneys' fees and ordered First Horizon to file a memorandum and supporting materials identifying the expenses and attorneys' fees that it sought to recover. Dkt. #18. First Horizon has filed a motion to withdraw the request for attorneys' fees and sanctions. Dkt. #19. No response has been filed.

**IT IS ORDERED:**

1. Plaintiff's motion to withdraw request for award of attorneys' fees and costs and request for sanctions (Dkt. #19) is **granted**.

2. The clerk shall terminate this action.

DATED this 15th day of January, 2010.

_____
David G. Campbell
United States District Judge